Max R. Tarbox; SBN: 19639950  
Tarbox Law, P.C.  
2301 Broadway  
Lubbock, TX 79401  
(806) 686-4448; fax: (806) 368-9785  
*Attorney for Carlene Verdie Beauchamp*

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE NORTHERN DISTRICT OF TEXAS  
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Gibson Farms, | § | Case No. 20-20271 |
| | § | |
| *Debtor.* | § | Chapter 11 Proceeding |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO THE HONORABLE ROBERT L. JONES, Bankruptcy Judge:

Please take notice that the undersigned attorney is appearing for Carlene Verdie Beauchamp of Dumas, Texas, an interested party in the above referenced bankruptcy case.

Pursuant to Rules 2002 and 9007 of the Federal Rules and Bankruptcy Procedures, the undersigned, on behalf of said party in interest, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to the undersigned at the office address or email set forth below.

> Max R. Tarbox  
> Tarbox Law, P.C.  
> 2301 Broadway  
> Lubbock, Texas 79401  
> 806/686-4448; 806/368-9785 (FAX)  
> max@tarboxlaw.com

Please take further notice that the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, any other document brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telex, electronically, or otherwise.

Dated: October 7, 2020

    Respectfully submitted,

    TARBOX LAW, P.C.
    2301 Broadway
    Lubbock, Texas 79401
    806/686-4448; 806/368-9785 (FAX)

    /s/Max R. Tarbox
    Max R. Tarbox
    State Bar No. 19639950
    *Attorney for Carlene Verdie Beauchamp*

## CERTIFICATE OF SERVICE

I, Max R. Tarbox, do hereby certify that a true and correct copy of the foregoing *Notice* was served by court enabled electronic service upon the following listed parties on this 7th day of October, 2020:

1. All parties in interest registered with the U. S. Bankruptcy Court to receive electronic notices in this case.

    /s/ Max R. Tarbox
    Max. R. Tarbox

U:\Chap 11 Debtor\Beauchamp\Other 4 Cases\Gibson Farms\Notice of Appearance.wpd