



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 7, 2020**

_____
**United States Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| GIBSON FARMS | § | Case No. 20-20271-RLJ-11 |
| | § | |
| Debtor. | § | |
| | § | |
| **In Re:** | § | |
| | § | |
| NATURE'S WAY COMPOST, LLC | § | Case No. 20-20272-RLJ-11 |
| | § | (Jointly Administered Under |
| | § | Case No. 20-20271-RLJ-11) |
| Debtor. | § | |
| **In Re:** | § | |
| | § | |
| GIBSON INVESTMENTS | § | Case No. 20-20273-RLJ-11 |
| | § | (Jointly Administered Under |
| Debtor. | § | Case No. 20-20271-RLJ-11) |
| **In Re:** | § | |
| | § | |
| WENDELL LEE GIBSON and wife, PAULA GIBSON | § | Case No. 20-20274-RLJ-11 |
| | § | (Jointly Administered Under |
| | § | Case No. 20-20271-RLJ-11) |
| Debtors. | § | |

## ORDER REGARDING FILING OF PLEADINGS AND
## DIRECTING JOINT ADMINISTRATION OF CASES

The Court, having considered the matter of administering the above captioned cases, makes these findings of fact and conclusions of law. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334 and 157, and 11 U.S.C. § 105. All parties-in-interest were provided adequate notice and opportunity for hearing. Joint administration of the Debtors' cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal Rules of Bankruptcy Procedure. An order of joint administration would serve judicial economy. It is in the best interests and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest. It is hereby

**ORDERED,** that the above captioned cases be and hereby are, jointly administered by this Court for procedural purposes only and shall not be a substantive consolidation of the respective estates; and it is further

**ORDERED**, that in the event these cases have been assigned to separate judges, all cases shall be transferred to the judge of the Lead Case; and it is further

**ORDERED** that all orders, pleadings, papers and documents except proofs of claim shall be filed and docketed in case number 20-20271-RLJ-11 (the "Lead Case"); and it is further

**ORDERED** that all proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; and it is further

**ORDERED** that all pleadings, papers, and documents, except proofs of claim, filed in the jointly administered cases shall bear the caption of the jointly administered cases and shall be listed as shown in Exhibit A (attached); and it is further

**ORDERED** that if pleadings, papers, and documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties; and it is further

**ORDERED** that Debtors' Counsel, shall serve a copy of this order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service of this; and it is further

**ORDERED** that Debtors' Counsel shall file with the Clerk of Court in case number 20-20271-RLJ-11 a master service list of all creditors, persons filing Notices of Appearance, and all parties-in-interest in the jointly administered cases in the form prescribed by Local bankruptcy Rule 1007.1.

**ORDERED** that the Clerk shall file a copy of this order in the Lead Case and each of the member cases.

###End of Order###

**APPROVED AS TO FORM AND CONTENT
AND ENTRY REQUESTED:**

**APPROVED AS TO FORM AND CONTENT
AND ENTRY REQUESTED:**

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

   /s/ David R. Langston
David R. Langston, SBN: 11923800
*Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC, Gibson Investments, Wendell Lee Gibson and Paula Gibson*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § § | |
|    GIBSON FARMS | § § | **Case No. 20-20271-RLJ-11** |
|          Debtor. | § § § | |
| **In Re:** | § § | |
|    NATURE'S WAY COMPOST, LLC | § § § | **Case No. 20-20272-RLJ-11 (Jointly Administered Under Case No. 20-20271-RLJ-11)** |
|          Debtor. | § | |
| **In Re:** | § § | |
|    GIBSON INVESTMENTS | § § | **Case No. 20-20273-RLJ-11 (Jointly Administered Under Case No. 20-20271-RLJ-11)** |
|          Debtor. | § | |
| **In Re:** | § § | |
|    WENDELL LEE GIBSON and wife, PAULA GIBSON | § § § | **Case No. 20-20274-RLJ-11 (Jointly Administered Under Case No. 20-20271-RLJ-11)** |
|          Debtors. | § | |