MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: 806-765-7491
Telefax: 806-765-0553
Email: drl@mhba.com
*Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC,*
*Gibson Investments, Wendell Lee Gibson and Paula Gibson*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **GIBSON FARMS** § | | **Case No. 20-20271-RLJ-11** |
| § | | |
| Debtor. § | | |
| **In Re:** § | | |
| § | | |
| **NATURE'S WAY COMPOST,** § | | **Case No. 20-20272-RLJ-11** |
| **LLC** § | | **(Jointly Administered Under** |
| § | | **Case No. 20-20271-RLJ-11)** |
| Debtor. § | | |
| **In Re:** § | | |
| § | | |
| **GIBSON INVESTMENTS** § | | **Case No. 20-20273-RLJ-11** |
| § | | **(Jointly Administered Under** |
| Debtor. § | | **Case No. 20-20271-RLJ-11)** |
| **In Re:** § | | |
| § | | |
| **WENDELL LEE GIBSON and** § | | **Case No. 20-20274-RLJ-11** |
| **wife, PAULA GIBSON** § | | **(Jointly Administered Under** |
| § | | **Case No. 20-20271-RLJ-11)** |
| Debtors. § | | |

## WITNESS AND EXHIBIT LIST OF DEBTORS FOR
## HEARING SCHEDULED FOR OCTOBER 8, 2020

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

NOW COME, GIBSON FARMS, NATURE'S WAY COMPOST, LLC, GIBSON

INVESTMENTS, and WENDELL LEE GIBSON and wife, PAULA GIBSON (the "Debtors"),

(the "Debtors"), the Debtors in the above-referenced bankruptcy proceeding and files this Witness & Exhibit List for Hearing Scheduled for October 8, 2020.

## WITNESSES

Debtors disclose that they may call the following individuals to provide testimony:

1. Paula Gibson, Debtor;
2. Audrey Gibson;
3. Robert Wolfe, Partner of Frost, PLLC, CPA's; and
4. Tami Sagniere, Sagniere Consulting, Canyon, Texas

Debtors reserve the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. Debtors also reserve the right to call any witnesses designated or called by any other party to these proceedings.

## EXHIBITS

Debtors disclose that they may introduce the following exhibits:

| TAB | DESCRIPTION |
|---|---|
| 1. | Cash Flow Projections for Gibson Farms |
| 2. | Cash Flow Projections for Nature's Way Compost, LLC |
| 3. | Cash Flow Projections for Gibson Investments |
| 4. | Personal budget for Lee & Paula Gibson |
| 5. | Summary of projected collateral values for Rabo Agrifinance, Inc. notes |
| 6. | Statements for balances owed on Rabo Agrifinance, Inc. notes as of Sept. 10, 2020 |

Debtors reserve the right to amend this Exhibit List in order to supplement the list of documents that may be introduced. Debtors also reserve the right to introduce other exhibits as

may be necessary for impeachment purposes. Debtors also reserve the right to introduce exhibits designated by any other party to these proceedings.

        Respectfully Submitted,

        MULLIN HOARD & BROWN, L.L.P.
        P.O. Box 2585
        Lubbock, Texas 79408-2585
        Telephone: (806) 765-7491
        Facsimile: (806) 765-0553
        Email: drl@mhba.com

        /s/ David R. Langston_____
        David R. Langston, SBN: 11923800
        ***Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC, Gibson Investments and Wendell & Paula Gibson***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served regular U.S. Mail, postage prepaid and/or via ECF on the parties in interest listed below on this 7th day of October, 2020:

1.    Wendell & Paula Gibson
     Gibson Farms, Gibson Investments
     and Nature's Way Compost, LLC
     P.O. Box 777
     Dumas, Texas 79029
     ***Debtors***

2.    U.S. Trustee's Office
     1100 Commerce St., Room 9C60
     Dallas, Texas 75242

3.    Heath Hendricks
     Riney & Mayfield LLP
     600 Maxo Building
     320 South Polk Street
     Amarillo, Texas 79101-1426
     **hhendricks@rineymayfield.com**
     ***Attorney for Rabo Agrifinance***

4.    Michael R. Johnson
     RAY QUINNEY & NEBEKER P.C.
     36 South State, Suite 1400
     Salt Lake City, UT 84111

          MJohnson@rqn.com
          ***Attorneys for Rabo Agrifinance, Inc.***

5.    Donna Webb
      U.S. Attorney's Office
      1100 Commerce St., Ste. 300
      Dallas, Tx. 75242
      donnawebb@usdoj.gov
      ***Attorney for U.S. Small Business Administration***

6.    All parties receiving notice via ECF in this case.

                                      /s/ David R. Langston
                                      David R. Langston