MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: 806-765-7491
Telefax: 806-765-0553
Email: drl@mhba.com
*Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC,*
*Gibson Investments, Wendell Lee Gibson and Paula Gibson*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| In Re: § § **GIBSON FARMS** § § Debtor. § | | **Case No. 20-20271-RLJ-11** |
| In Re: § § **NATURE'S WAY COMPOST, LLC** § § Debtor. § | | **Case No. 20-20272-RLJ-11** **(Jointly Administered Under Case No. 20-20271-RLJ-11)** |
| In Re: § § **GIBSON INVESTMENTS** § § Debtor. § | | **Case No. 20-20273-RLJ-11** **(Jointly Administered Under Case No. 20-20271-RLJ-11)** |
| In Re: § § **WENDELL LEE GIBSON and wife, PAULA GIBSON** § § Debtors. § | | **Case No. 20-20274-RLJ-11** **(Jointly Administered Under Case No. 20-20271-RLJ-11)** |

**CERTIFICATE OF SERVICE ON ORDER ON JOINT ADMINISTRATION**

This is to certify that a true and correct copy of the Notice of Chapter 11 Bankruptcy Case [Docket #15] and the Order Regarding Filing of Pleadings and Directing Joint

Certificate of Service on Order for Joint Administration
Page 1

Administration of Cases [Docket #10] was sent regular, first class mail, postage prepaid to the parties in interest listed on the attached Exhibit "A" on the 9th day of October, 2020.

Respectfully Submitted:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

/s/ David R. Langston
David R. Langston, SBN: 11923800
***Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC, Gibson Investments, Wendell Lee Gibson and Paula Gibson***

## EXHIBIT "A"

| | | |
|---|---|---|
| Wendell & Paula Gibson<br>Gibson Farms, Gibson Investments<br>and Nature's Way Compost, LLC<br>P.O. Box 777<br>Dumas, Texas 79029 | U.S. Trustee's Office<br>1100 Commerce St., Room 9C60<br>Dallas, Texas 75242 | Heath Hendricks<br>Riney & Mayfield LLP<br>600 Maxo Building<br>320 South Polk Street<br>Amarillo, Texas 79101- |
| Donna Webb<br>U.S. Attorney's Office<br>1100 Commerce St., Ste. 300<br>Dallas, Tx. 75242 | Michael R. Johnson<br>RAY QUINNEY &<br>NEBEKER P.C.<br>36 South State, Suite 1400<br>Salt Lake City, UT 84111 | A&I Parts<br>201 N. 2nd St.<br>P.O. Box 1146<br>Stratford, TX 79084 |
| Brett Gibson<br>P.O. Box 777<br>Dumas, TX 79029 | Beauchamp Estates Partnership<br>P.O. Box 777<br>Dumas, TX 79029 | Braden L. Gibson<br>P.O. Box 777<br>Dumas, TX 79029 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Carl's Aviation<br>P.O. Box 777<br>Dumas, TX 79029 | Chase Card Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 |
| Clayton Born Lease<br>14596 FM 1454<br>Follett, TX 79034 | Dumas Industrial Engines<br>P.O. Box 1115<br>Dumas, TX 79029 | Frost, PLLC<br>425 W. Capitol Ave.<br>Suite 3300<br>Little Rock, AR 72201 |
| GM Financial<br>P.O. Box 78143<br>Phoenix, AZ 85062-8143 | GM Financial<br>P.O. Box 183593<br>Arlington, TX 76096-3834 | Helena Chemical Company<br>P.O. Box 109<br>Hartley, TX 79044 |
| Helena Chemical Company<br>225 Schilling Boulevard, Suite 300<br>Collierville, TN 38017 | Hunt Ross, Inc.<br>P.O. Box 213<br>Richmond, TX 77406 | Indian Ink<br>P.O. Box 9254<br>Amarillo, TX 79105 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>1100 Commerce St.<br>MC 5027 DAL<br>Dallas, TX 75242-1100 | Jack Oldham Oil, Inc.<br>P.O. Box 571<br>Dumas, TX 79029 |

| | | |
|---|---|---|
| Joe Brian Hunt, Inc.<br>P.O. Box 504<br>Dumas, TX 79029 | John Deere Farm Plan<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | John Deere Farm Plan<br>P.O. Box 6600<br>Johnston, IA 50131-6600 |
| Libscomb County FSA<br>237 S. Main Street<br>P.O. Box 128<br>Follett, TX 79034 | Moore Auto Parts<br>300 S. Dumas Ave.<br>Dumas, TX 79029 | Moore County Appraisal District<br>419 Success Boulevard<br>Dumas, TX 79029 |
| Moore County FSA<br>801 S. Bliss #102<br>Dumas, TX 79029 | North Plains Electric<br>P.O. Box 1008<br>Perryton, TX 79070-1008 | Rabo AgriFinance<br>P.O. Box 411995<br>Saint Louis, MO 63141 |
| Rabo Agrifinance, Inc.<br>5307 W. Interstate 40 West<br>Amarillo, TX 79106 | Rita Blanca Electric Coop<br>P.O. Box 1947<br>Dalhart, TX 79022-5947 | Roxanna McMurry Allen<br>302 Robin Road<br>Dumas, TX 79029 |
| Sagniere Consulting<br>1005 5th Ave.<br>Canyon, TX 79015 | State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | Stewart's Lube-N-Wash<br>1100 S. Dumas Ave.<br>Dumas, TX 79029 |
| Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 | The Cooperative Finance Association<br>P.O. Box 842702<br>6th Fl. Lockbox<br>Kansas City, MO 64184-2702 | U.S. Attorney<br>1000 Commerce St.<br>3rd Floor<br>Dallas, TX 75242-1699 |
| AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999 | Ag Direct<br>5015 South 118th Street<br>P.O. Box 2409<br>Omaha, NE 68103 | AGCO Finance<br>P.O. Box 2000<br>Johnston, IA 50131 |
| Asco Equipment<br>P.O. Box 3888<br>Lubbock, TX 79452 | Coffey Tire & Brake<br>724 S. Dumas Ave.<br>Dumas, TX 79029 | De Lage Laden Financial Services<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 |
| Ford Motor Credit<br>P.O. Box 650575<br>Dallas, TX 75265-0575 | Lone Star<br>P.O. Box 540<br>Sunray, TX 79086 | Southern Farm Bureau<br>525 E. 1st Street<br>Dumas, TX 79029 |

| | | |
|---|---|---|
| Southern Farm Bureau<br>1401 Livingston Lane<br>Jackson, MS 39213 | Texas Farm Bureau<br>525 E. 1st Street<br>Dumas, TX 79029 | Triple F Trucking<br>P.O. Box 193<br>Goodwell, OK 73939 |
| US Bank<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | XCEL Energy<br>P.O. Box 8<br>Eau Claire, WI 54702-0008 | USDA Farm Service Agency<br>2405 Texas Ave. South<br>College Station, TX 77840 |
| ASCO Equipment<br>P.O. Box 1146<br>Stratford, TX 79084 | Bank of America<br>P.O. Box 660807<br>Dallas, TX 75266-0807 | Care Credit<br>P.O. Box 2398<br>Omaha, NE 68103-2398 |
| Clayton Born Lease<br>14596 FM 1454<br>Follett, TX 79034 | Hartley County Appraisal District<br>1011 4th St.<br>Hartley, TX 79044 | Wilbur Ellis Company<br>P.O. Box 675023<br>Dallas, TX 75267-5023 |
| Wilbur Ellis Sunray Sales<br>7190 FM 119<br>Sunray, TX 79086 | West Texas Gas<br>P.O. Box 3514<br>Midland, TX 79702 | Jennifer Wertz<br>Jackson Walker, LLP<br>100 Congress, Suite 1100<br>Austin, Tx. 78701 |
| Daniela Mondragon<br>Jackson Walker, LLP<br>112 East Pecan, Suite 2400<br>San Antonio, Tx. 78205 | Max Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, Tx. 79401 | Jennifer Wertz<br>Jackson Walker, LLP<br>100 Congress, Suite 1100<br>Austin, Tx. 78701 |
| Bart and Blenda Arbuthnot<br>518 West 7th<br>P.O. Box 1504<br>Dumas, Tx. 79029 | Otto Chavez<br>115 N. Meredith<br>Dumas, Tx. 79029 | |