MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: 806-765-7491
Telefax:   806-765-0553
Email: drl@mhba.com
*Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC,*
*Gibson Investments, Wendell Lee Gibson and Paula Gibson*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **GIBSON FARMS** § | **Case No. 20-20271-RLJ-11** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **NATURE'S WAY COMPOST,** § | **Case No. 20-20272-RLJ-11** | |
| **LLC** § | **(Jointly Administered Under** | |
| § | **Case No. 20-20271-RLJ-11)** | |
| Debtor. § | | |

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **GIBSON INVESTMENTS** § | **Case No. 20-20273-RLJ-11** | |
| § | **(Jointly Administered Under** | |
| Debtor. § | **Case No. 20-20271-RLJ-11)** | |

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **WENDELL LEE GIBSON and** § | **Case No. 20-20274-RLJ-11** | |
| **wife, PAULA GIBSON** § | **(Jointly Administered Under** | |
| § | **Case No. 20-20271-RLJ-11)** | |
| Debtors. § | | |

### MASTER SERVICE LIST FOR JOINTLY ADMINISTERED CASES

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

NOW COME, GIBSON FARMS, NATURE'S WAY COMPOST, LLC, GIBSON INVESTMENTS, and WENDELL LEE GIBSON and wife, PAULA GIBSON (the "Debtors"), (each a "Debtor," and collectively, the "Debtors"), and file this Master Service List For Jointly

Administered Cases, and state that the listing of creditors attached hereto as Exhibit "A" represents the master service list of all creditors, persons filing Notices of Appearance and all parties in interest in the jointly administered cases as of the date of this filing.

        Respectfully Submitted,

        MULLIN HOARD & BROWN, L.L.P.
        P.O. Box 2585
        Lubbock, Texas 79408-2585
        Telephone: (806) 765-7491
        Facsimile: (806) 765-0553

        /s/ David R. Langston
        David R. Langston, SBN: 11923800
        ***Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC, Gibson Investments, Wendell Lee Gibson and Paula Gibson***

**EXHIBIT "A"**

A&I Parts
201 N. 2nd St.
P.O. Box 1146
Stratford, TX 79084

AFLAC
1932 Wynnton Road
Columbus, GA 31999

Ag Direct
5015 South 118th Street
P.O. Box 2409
Omaha, NE 68103

AGCO Finance
P.O. Box 2000
Johnston, IA 50131

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Asco Equipment
P.O. Box 3888
Lubbock, TX 79452

Bank of America
P.O. Box 660807
Dallas, TX 75266-0807

Bart and Blenda Arbuthnot
518 West 7th
P.O. Box 1504
Dumas, Tx. 79029

Beauchamp Estate Partnership
P.O. Box 777
Dumas, TX 79029

Beauchamp Estates Partnership
P.O. Box 777
Dumas, TX 79029

Braden L. Gibson
P.O. Box 777

Dumas, TX 79029

Brett Gibson
P.O. Box 777
Dumas, TX 79029

Care Credit
P.O. Box 2398
Omaha, NE 68103-2398

Carl's Aviation
P.O. Box 777
Dumas, TX 79029

Chase Card Services
P.O. Box 6294
Carol Stream, IL 60197-6294

Clayton Born Lease
14596 FM 1454
Follett, TX 79034

Dumas Industrial Engines
P.O. Box 1115
Dumas, TX 79029

Coffey Tire & Brake
724 S. Dumas Ave.
Dumas, TX 79029

De Lage Laden Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602

Ford Motor Credit
P.O. Box 650575
Dallas, TX 75265-0575

Frost, PLLC
425 W. Capitol Ave.
Suite 3300
Little Rock, AR 72201

Gibson Investments
P.O. Box 777
Dumas, TX 79029

Master Service List for

GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143

GM Financial
P.O. Box 183593
Arlington, TX 76096-3834

Hartley County Appraisal District
1011 4th St.
Hartley, TX 79044

Heath Hendricks
Riney & Mayfield, LLP
600 Maxor Building
320 Polk Street
Amarillo, TX 79101-1426

Helena Chemical Company
P.O. Box 109
Hartley, TX 79044

Helena Chemical Company
225 Schilling Boulevard, Suite 300
Collierville, TN 38017

Hunt Ross, Inc.
P.O. Box 213
Richmond, TX 77406

Indian Ink
P.O. Box 9254
Amarillo, TX 79105

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1100 Commerce St.
MC 5027 DAL
Dallas, TX 75242-1100

Jack Oldham Oil, Inc.

P.O. Box 571
Dumas, TX 79029

Joe Brian Hunt, Inc.
P.O. Box 504
Dumas, TX 79029

John Deere Farm Plan
P.O. Box 650215
Dallas, TX 75265-0215

John Deere Farm Plan
P.O. Box 6600
Johnston, IA 50131-6600

Libscomb County FSA
237 S. Main Street
P.O. Box 128
Follett, TX 79034

Lone Star
P.O. Box 540
Sunray, TX 79086

Moore Auto Parts
300 S. Dumas Ave.
Dumas, TX 79029

Moore County Appraisal District
419 Success Boulevard
Dumas, TX 79029

Moore County FSA
801 S. Bliss #102
Dumas, TX 79029

Nature's Way Compost
P.O. Box 777
Dumas, TX 79029

North Plains Electric
P.O. Box 1008
Perryton, TX 79070-1008

Otto Chavez
115 N. Meredith

Master Service List for

Dumas, Tx. 79029

Paula B. Gibson
P.O. Box 777
Dumas, TX 79029

Rabo AgriFinance
P.O. Box 411995
Saint Louis, MO 63141

Rabo Agrifinance, Inc.
5307 W. Interstate 40 West
Amarillo, TX 79106

Rita Blanca Electric Coop
P.O. Box 1947
Dalhart, TX 79022-5947

Roxanna McMurry Allen
302 Robin Road
Dumas, TX 79029

Sagniere Consulting
1005 5th Ave.
Canyon, TX 79015

Southern Farm Bureau
525 E. 1st Street
Dumas, TX 79029

Southern Farm Bureau
1401 Livingston Lane
Jackson, MS 39213

State Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528
Austin, TX 78711

Stewart's Lube-N-Wash
1100 S. Dumas Ave.
Dumas, TX 79029

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548

Austin, TX 78711

Texas Farm Bureau
525 E. 1st Street
Dumas, TX 79029

The Cooperative Finance Association
P.O. Box 842702
6th Fl. Lockbox
Kansas City, MO 64184-2702

Triple F Trucking
P.O. Box 193
Goodwell, OK 73939

U.S. Attorney
1000 Commerce St.
3rd Floor
Dallas, TX 75242-1699

U.S. Small Business Administration
c/o Donna Webb
U.S. Attorney's Office
1100 Commerce St., Suite 300
Dallas, TX 75242

US Bank
P.O. Box 790179
Saint Louis, MO 63179-0179

USDA Farm Service Agency
2405 Texas Ave. South
College Station, TX 77840

Wendell Lee Gibson
P.O. Box 777
Dumas, TX 79029

West Texas Gas
P.O. Box 3514
Midland, TX 79702

Wilbur Ellis Company
P.O. Box 675023
Dallas, TX 75267-5023

Master Service List for

Wilbur Ellis Sunray Sales
7190 FM 119
Sunray, TX 79086

XCEL Energy
P.O. Box 8
Eau Claire, WI 54702-0008

Master Service List for