UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re:<br><br>GIBSON FARMS<br><br>Debtor. | §§§§§§§ | Case No. 20-20271-RLJ-11 |
| In Re:<br><br>NATURE'S WAY COMPOST, LLC<br><br>Debtor. | §§§§§§§ | Case No. 20-20272-RLJ-11<br>(Jointly Administered Under Case No. 20-20271-RLJ-11) |
| In Re:<br><br>GIBSON INVESTMENTS<br><br>Debtor. | §§§§§§ | Case No. 20-20273-RLJ-11<br>(Jointly Administered Under Case No. 20-20271-RLJ-11) |
| In Re:<br><br>WENDELL LEE GIBSON and wife, PAULA GIBSON<br><br>Debtors. | §§§§§§§ | Case No. 20-20274-RLJ-11<br>(Jointly Administered Under Case No. 20-20271-RLJ-11) |

BTXN 105a (rev. 09/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Johnson, Michael R.__
   *Last*          *First*          *MI*

2. Firm Name: __Ray Quinney & Nebeker P.C.__

3. Address: __36 South State Street, Suite 1400__
   __Salt Lake City, UT 84111__

4. Phone: __801-532-1500__   FAX: __801-532-7543__

   Email: __mjohnson@rqn.com__

5. Name used to sign *all* pleadings: __Michael R. Johnson__

6. Retained by: __Rabo AgriFinance__

7. Admitted on __May 31, 1995__ and presently a member in good standing of the bar of the highest court of the state of __Utah__ and issued the bar license number of __7070__ .

8. Admitted to practice before the following courts:

   *Court:*                                    *Admission Date:*
   (see attached list)

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | 7-17-2018 | 18-020126-11; In re Waggoner Cattle |
    | 07-17-2018 | 18-020125-11; In re Michael Quint Waggoner |
    | | |

13. Local counsel of record: W. Heath Hendricks

14. Local counsel's address: Riney & Mayfield, LLP, 320 S. Polk Street, Suite 600 Amarillo, Texas 79101

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

[X] I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

[ ] I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Michael R. Johnson
Printed Name of Applicant

10-9-2020
Date

*(signature)*
Signature of Applicant

## MICHAEL R. JOHNSON
**Courts Admitted**

| Court: | Date Admitted: |
|---|---|
| Utah Supreme Court | May 31, 1995 |
| Supreme Court of Arizona | October 22, 1994 |
| Arizona District Court | January 22, 1996 |
| United States District Court, Utah | August 17, 1996 |
| United States Bankruptcy Court, Utah | August 17, 1996 |
| US Court of Appeals, 11th Circuit | October 5, 2001 |
| US Court of Appeals, 10th Circuit | February 11, 2004 |
| United States District Court, Arizona | February 11, 2004 |
| 10th Circuit Bankruptcy Appellate Panel | February 11, 2004 |
| United States District Court, Central District Illinois | October 17, 2017 |

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 10/9/2020

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Michael R Johnson

This is to certify that Michael R Johnson, Utah State Bar No. 7070 was admitted to practice law in Utah on 5/31/1995.

Michael R Johnson is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_Elizabeth A. Wright_
Elizabeth A. Wright
General Counsel
Utah State Bar

No. 2020-877970
verify by email at cogsrequest@utahbar.org