MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone:  806-765-7491
Telefax:    806-765-0553
Email: drl@mhba.com
**Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC,**
**Gibson Investments, Wendell Lee Gibson and Paula Gibson**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **GIBSON FARMS** § | | **Case No. 20-20271-RLJ-11** |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **NATURE'S WAY COMPOST,** § | | **Case No. 20-20272-RLJ-11** |
| **LLC** § | | **(Jointly Administered Under** |
| Debtor. § | | **Case No. 20-20271-RLJ-11)** |

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **GIBSON INVESTMENTS** § | | **Case No. 20-20273-RLJ-11** |
| § | | **(Jointly Administered Under** |
| Debtor. § | | **Case No. 20-20271-RLJ-11)** |

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **WENDELL LEE GIBSON and** § | | **Case No. 20-20274-RLJ-11** |
| **wife, PAULA GIBSON** § | | **(Jointly Administered Under** |
| § | | **Case No. 20-20271-RLJ-11)** |
| Debtors. § | | |

## DEBTORS' MOTION FOR EMERGENCY HEARING AND TO
## SHORTEN NOTICE ON DEBTORS' EMERGENCY MOTION TO ACCEPT
## RESIDENTIAL LEASE AGREEMENTS

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

NOW COME, GIBSON FARMS, NATURE'S WAY COMPOST, LLC, GIBSON

Debtor's Motion For Emergency Hearing on
Motion to Accept Executory Contracts with
Dalhart Feeders a/k/a Friona Industries
Page 1

INVESTMENTS, and WENDELL LEE GIBSON and wife, PAULA GIBSON (the "Debtors") the Debtors in the above-entitled and numbered bankruptcy proceeding, and pursuant to Bankruptcy Rule 9006(c) and Local Bankruptcy Rule 9003.1, files this Debtors' Motion for Emergency Hearing and to Shorten Notice on Debtors' Expedited Motion To Accept Residential Lease Agreements (the "Expedited Motion"). In support, the Debtors would show:

1. The Debtors assert that a need exists for an expedited hearing and good cause exists to reduce the notice period on its Expedited Motion.

2. For cause, Debtors would show there is an immediate need for Debtors to be allowed to accept the Residential Leases and allow Debtors to pay the required rent as it comes due. The payment of this rent for Debtors' H-2A employees is required pursuant to the terms of the program under the U.S. Department of Labor. If the Debtors are not allowed to accept these Residential Leases and pay the rent as required for its H-2A employees the estates will suffer immediate and irreparable harm.

For these reasons, the Debtor requests an emergency hearing on its Emergency Motion upon limited and shortened notice.

3. Accordingly, pursuant to Bankruptcy Rule 9006, the Debtors seek an emergency hearing with notice to only to those parties that are subject to the Residential Leases, as well as the parties filing a Notice of Appearance in the case, and the shortening of the notice period for its Emergency Motion, so that it may be considered and ruled upon immediately. The Debtors requests that the notice period for objections to its Motion be shortened from twenty-one (21) days to five (5) days, and that a hearing on the Emergency Motion be set for **Thursday, October**

Debtor's Motion For Expedited Hearing on
Motion for Authority to Ratify and Reaffirm
Crop Operating Loan

Page 2

**22, 2020 at 10:00 a.m.** at the U.S. Courthouse, Bankruptcy Courtroom, 205 Southeast Fifth Avenue, Third Floor Courtroom, Amarillo, Texas 79101-1559 .

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that the Court 1) set an expedited hearing for **Thursday, October 22, 2020 at 10:00 a.m.** 2) shorten the notice period for its Expedited Motion from twenty-one (21) days to five (5) days, and that notice only be given to those parties that are subject to the Residential Leases, as well as the parties filing a Notice of Appearance in the case; 3) find that such notice is adequate under the circumstances, and 4) grant Debtor such other and further relief, at law or in equity, as the Court may deem necessary and proper.

    Respectfully Submitted,
    MULLIN HOARD & BROWN, L.L.P.
    P.O. Box 2585
    Lubbock, Texas 79408-2585
    Telephone: (806)765-7491
    Facsimile: (806) 765-0553
    Email: drl@mhba.com

By: /s/ David R. Langston
    David R. Langston; SBN 11923800
***Attorneys for Debtors, Gibson Farms, Nature' Way Compost, LLC, Gibson Investments and Wendell & Paula Gibson***

## CERTIFICATE OF CONFERENCE

This is to certify that I conferred with Michael Johnson, counsel for Rabo Agrifinance and Donna Webb, counsel for U.S. Small Business Administration, on October 16, 2020, and both indicated that they had no objection to the requested relief.

    /s/ David R. Langston
    David R. Langston

Debtor's Motion For Expedited Hearing on
Motion for Authority to Ratify and Reaffirm
Crop Operating Loan

Page 3

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via ECF and/or regular U.S. Mail on this 16TH day of October, 2020:

1. Wendell & Paula Gibson
   Gibson Farms, Gibson Investments
   and Nature's Way Compost, LLC
   P.O. Box 777
   Dumas, Texas 79029
   ***Debtors***

2. U.S. Trustee's Office
   1100 Commerce St., Room 9C60
   Dallas, Texas 75242

3. Heath Hendricks
   Riney & Mayfield LLP
   600 Maxo Building
   320 South Polk Street
   Amarillo, Texas 79101-1426
   *hhendricks@rineymayfield.com*
   ***Attorney for Rabo Agrifinance***

4. Michael R. Johnson
   Ray Quinney & Nebeker, P.C.
   36 South State, Suite 1400
   Salt Lake City, UT  84111
   mjohnson@rqn.com
   ***Attorney for Rabo Agrifinance***

5. Donna Webb
   U.S. Attorney's Office
   1100 Commerce St., Ste. 300
   Dallas, Tx. 75242
   *donnawebb@usdoj.gov*
   ***Attorney for U.S. Small Business Administration***

6. Bart and Blenda Arbuthnot
   518 West 7<sup>th/</sup>P.O. Box 1504
   Dumas, Tx. 79029

7. Beauchamp Estates Partnership
   P.O. Box 777
   Dumas, Tx. 79029

Debtor's Motion For Expedited Hearing on
Motion for Authority to Ratify and Reaffirm
Crop Operating Loan

Page 4

8.     Otto Chavez
   115 N. Meredith
   Dumas, Tx. 79029

9.     Willis Rentals
   503 E. 1st St.
   Dumas, Tx. 79029

10. All parties in interest receiving ECF Notice in this case.

                                                  /s/ David R. Langston
                                                  David R. Langston

Debtor's Motion For Expedited Hearing on
Motion for Authority to Ratify and Reaffirm
Crop Operating Loan

Page 5