



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 19, 2020**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **GIBSON FARMS** | § | **Case No. 20-20271-RLJ-11** |
| | § | |
| Debtor. | § | |
| ---------------------------------------------- | - | -------------------------------------------------- |
| In Re: | § | |
| | § | |
| **NATURE'S WAY COMPOST, LLC** | § | **Case No. 20-20272-RLJ-11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 20-20271-RLJ-11)** |
| ---------------------------------------------- | - | ------------------------------------------------ |
| In Re: | § | |
| | § | |
| **GIBSON INVESTMENTS** | § | **Case No. 20-20273-RLJ-11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 20-20271-RLJ-11)** |
| ---------------------------------------------- | - | -------------------------------------------------- |
| In Re: | § | |
| | § | |
| **WENDELL LEE GIBSON and wife, PAULA GIBSON** | § | **Case No. 20-20274-RLJ-11** |
| | § | **(Jointly Administered Under** |
| | § | **Case No. 20-20271-RLJ-11)** |
| Debtors. | § | |

## **ORDER GRANTING EMERGENCY HEARING AND SHORTENING NOTICE ON DEBTORS' EMERGENCY MOTION TO ACCEPT RESIDENTIAL LEASE AGREEMENTS**

On this day, came on to be considered Debtors' Motion for Emergency Hearing and to Shorten Notice on Debtors' Emergency Motion To Accept Residential Lease Agreements. The Court finds that an emergency need exists for an emergency hearing and good cause exists to reduce the notice period on Debtor's Emergency Motion and that 5 days is adequate notice under the circumstances. The Court also finds that reasonable notice and opportunity for hearing should be given to those parties that are subject to the Residential Leases, as well as the parties filing a Notice of Appearance in the case. The Court further finds that the Debtors' Motion should be GRANTED.

IT IS THEREFORE ORDERED that the notice period on Debtors' Emergency Motion is reduced from twenty-one (21) days to five (5) days.

IT IS FURTHER ORDERED that the required notice of the Motion and the hearing is only to be sent to those parties that are subject to the Residential Leases, as well as the parties filing a Notice of Appearance in the case.

IT IS FURTHER ORDERED that an emergency hearing on Debtors' Emergency Motion To Accept Residential Lease Agreements is set for **Thursday, October 22, 2020 at 10:00 a.m. This hearing will be held by video conference and/or phone. The Webex meeting link and call-in information for the hearing will be posted on the Court's website under Judge Jones' Hearing Dates and Calendar Tab prior to the hearing.**

###End of Order ###

**APPROVED AS TO FORM AND CONTENT**
**AND ENTRY REQUESTED:**

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com


    /s/ David R. Langston
David R. Langston, SBN: 11923800
*Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC,*
*Gibson Investments, Wendell Lee Gibson and Paula Gibson*