MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: 806-765-7491
Telefax: 806-765-0553
Email: drl@mhba.com
*Attorneys for Debtors, Gibson Farms, Nature's Way Compost, LLC,*
*Gibson Investments, Wendell Lee Gibson and Paula Gibson*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **GIBSON FARMS** § | **Case No. 20-20271-RLJ-11** | |
| Debtor. § | | |
| In Re: § | | |
| § | | |
| **NATURE'S WAY COMPOST,** § | **Case No. 20-20272-RLJ-11** | |
| **LLC** § | **(Jointly Administered Under** | |
| Debtor. § | **Case No. 20-20271-RLJ-11)** | |
| In Re: § | | |
| § | | |
| **GIBSON INVESTMENTS** § | **Case No. 20-20273-RLJ-11** | |
| § | **(Jointly Administered Under** | |
| Debtor. § | **Case No. 20-20271-RLJ-11)** | |
| In Re: § | | |
| § | | |
| **WENDELL LEE GIBSON and** § | **Case No. 20-20274-RLJ-11** | |
| wife, **PAULA GIBSON** § | **(Jointly Administered Under** | |
| Debtors. § | **Case No. 20-20271-RLJ-11)** | |

### DEBTORS' MOTION FOR COMPENSATION AND REIMBURSEMENT
### OF EXPENSES OF SAGNIERE CONSULTING AS
### CASH FLOW CONSULTANT FOR DEBTORS

TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:

NOW COME, GIBSON FARMS, NATURE'S WAY COMPOST, LLC, GIBSON INVESTMENTS, and WENDELL LEE GIBSON and wife, PAULA GIBSON (the "Debtors")

Motion For Compensation and Reimbursement
of Expenses for Sagniere Consulting as
Cash Flow Consultant for the Debtors - Page 1

the Debtors in the above-referenced bankruptcy proceeding, and files this Motion For Compensation and Reimbursement of Expenses of Sagniere Consulting as Cash Flow Consultant For Debtors, pursuant to 11 U.S.C. Section 330 and 503, and in support of such application would respectfully show the Court as follows:

1. The Debtors all filed for relief under Chapter 11 of the U.S. Bankruptcy Code on October 5, 2020 ("Petition Date").

2. On October 6, 2020, the Debtors filed Motions for Joint Administration of their cases under lead Case No. 20-20271-RLJ-11, Gibson Farms and an Order approving the Motion was entered on October 7, 2020.

3. On November 19, 2020, the Debtors filed their Motion To Employ Tamara Sagniere of Sagniere Consulting as Cash Flow Consultant for Debtor [Docket #72], and an order granting same was entered by the U.S. Bankruptcy Court on November 20, 2020 [Docket #73].

**SUMMARY OF AMOUNTS REQUESTED FOR FEES**

4. Debtors are now seeking final approval from the Court for fees and expenses incurred in the total amount of $530.00 and to allow Tamara Sagniere of Sagniere Consulting ("Sagniere") to receive payment of the fees and expenses owing which remain owing in the total amount of $530.00.

5. For this request, Sagniere is seeking reimbursement for time and expenses for work performed on behalf of the Debtors from October 7, 2020 through November 30, 2020.

6. The services rendered and the costs and expenses incurred on behalf of the Debtors during the application period, for which compensation is being sought in this Motion, were actual and necessary. The amount charged for fees is reasonable and necessary based on the nature, extent and value of the services and the amount of time spent providing the services.

Motion For Compensation and Reimbursement
of Expenses for Sagniere Consulting as
Cash Flow Consultant for the Debtors - Page 2

7. During the two month period for which approval of compensation is sought, Sagniere has performed a number of services on behalf of the Debtors. The following is a brief synopsis of the types of matters that have been handled on behalf of the Debtors.

    a. **Work Related to Preparation of Cash Flows (5.25 hrs.)**: Services included, but are not limited to conferences with Debtors and Debtors' Counsel to discuss status of case; work associated with preparation of cash flow projections to support use of cash collateral; attendance in hearings.

    b. **Preparation of Monthly Reports and Bookkeeping (8.00 hrs.):** Services included but are not limited to review of Quickbook's records to assist with preparation of reports, work on records related and support documentation.

. The specific information contained on the attached Exhibit "A" is a synopsis of the particular services rendered.

### SERVICES RENDERED SOLELY FOR THE DEBTORS; NO FEE SHARING ARRANGEMENT

9. All professional services for which allowance and payment of compensation is requested were performed by Sagniere for the Debtors and not on behalf of any creditor or any other committee or person. Sagniere has not shared or agreed to share any compensation received or to be received by them for services rendered or in connection with this case with any person except with his employees in the ordinary course of his business.

WHEREFORE, PREMISES CONSIDERED, the Debtors request that the Court approve the Motion For Compensation and Reimbursement of Expenses For Tamara Sagniere of Sagniere Consulting as Cash Flow Consultant for the Debtors in the total amount of $530.00 and order that the Debtors pay to Sagniere the balance owing of $530.00. The Debtors additionally seeks such other and further relief at law or in equity as the Court may deem necessary and proper.

Motion For Compensation and Reimbursement
of Expenses for Sagniere Consulting as
Cash Flow Consultant for the Debtors - Page 3

**NOTICE OF OPPORTUNITY FOR OBJECTION**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, FEDERAL BUILDING, 205 EAST FIFTH STREET, ROOM 133 AMARILLO, TEXAS 79101-1559 BEFORE CLOSE OF BUSINESS ON JANUARY 4, 2021, WHICH IS AT LEAST TWENTY FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.**

**IF NO HEARING ON SUCH MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

/s/ David R. Langston_____
David R. Langston, SBN: 11923800
*Attorneys for Debtors, Gibson Farms, Nature' Way Compost, LLC, Gibson Investments and Wendell & Paula Gibson*

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via ECF and/or regular U.S. Mail on this 8th day of December, 2020:

1.  Wendell & Paula Gibson
   Gibson Farms, Gibson Investments
   and Nature's Way Compost, LLC
   P.O. Box 777
   Dumas, Texas 79029
   ***Debtors***

2.  U.S. Trustee's Office
   1100 Commerce St., Room 9C60
   Dallas, Texas 75242

3.  Tamara Sagniere
   Sagniere Consulting
   1005 5th Ave.
   Canyon, Tx. 79015

4.  All parties receiving notice via ECF in this case.

               /s/ David R. Langston
               David R. Langston

Motion For Compensation and Reimbursement
of Expenses for Sagniere Consulting as
Cash Flow Consultant for the Debtors - Page 5

**SUMMARY SHEET FOR INTERIM FEE APPLICATION AS REQUIRED BY THE GUIDELINES FOR REVIEWING FEE APPLICATIONS AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. §330 PROMULGATED BY THE U.S. TRUSTEE'S PROGRAM (SEE APPENDIX TO 28. C.F.R. §58)**

| | |
|---|---|
| **Total Compensation Requested in First Interim Fee Application:** | $530.00 |
| **Total Compensation and Expenses Previously Requested:** | None |
| **Total Compensation and Expenses Previously Awarded By the Court:** | None |
| **Name and Applicable Billing Rate for each person who billed time during the period** | Consultant      Applicable Billing Rate<br><br>Tamara Sagniere      $40.00 |
| **Total Hours Billed and total amount of Billing for Each Person Who Billed Time during the billing period:** | Consultant     Total Number of     Total Amount<br>Hours Billed     Billed<br><br>Tamara Sagniere     13.25     $530.00 |

Motion For Compensation and Reimbursement
of Expenses for Sagniere Consulting as
Cash Flow Consultant for the Debtors - Page 6

# SAGNIERE CONSULTING

1005 5th AVE
Canyon, Texas 79015
559.906.4807

# INVOICE

DATE: November 2, 2020
INVOICE #: 20-133R
FOR: Budget Creation & Reports

**BILL TO:**
Paula Gibson
Gibson Farms
PO Box 777
Dumas, Texas 79029

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 10/7/20 - Reviewed Cash Flow thru Nov 30 w/ Paula | 1.00 | $40.00 | $ 40.00 |
| 10/17/20 - In Dumas Office; Corrected GI Asset Keeper & Asset accounts in QB as related to land sale; verified internal notes between GI & GF | 5.50 | $40.00 | $ 220.00 |
| 10/22/20 - Hearing for Emergecy Funds thru 11/30/20 | 0.75 | $40.00 | $ 30.00 |
| 10/27/20 - Went through LOC support documentation w/Audrey | 1.00 | $40.00 | $ 40.00 |
| | | | $ - |
| | | SUBTOTAL | $ 330.00 |
| | | TAX RATE | |
| | | SALES TAX | $ - |
| | | OTHER | |
| | | TOTAL | $ 330.00 |

Make all checks payable to: Tami Sagniere

THANK YOU FOR YOUR BUSINESS!

EXHIBIT "A"

# SAGNIERE CONSULTING

1005 5th AVE
Canyon, Texas 79015
559.906.4807

# INVOICE

DATE: December 3, 2020
INVOICE # 20-138
FOR: Budget Creation & Reports

**BILL TO:**
Paula Gibson
Gibson Farms
PO Box 777
Dumas, Texas 79029

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 11/13/20 - Pulled reports from QB, Updated September and October Cash Flow internal monthly reports. Sumbitted to Paula. | 1.50 | $40.00 | $ 60.00 |
| 11/22/20 - 11/24/20 - Created 90 Day Use of Funds Budget, Reviewed w/Paula, Finalized and Sent to Frost & David for review (via Email). | 2.25 | $40.00 | $ 90.00 |
| 11/30/20 - Prep (Read Motion & Exhibits) & Hearing for Emergecy Funds thru 2/28/21 | 1.25 | $40.00 | $ 50.00 |
| | | | $ - |
| | | SUBTOTAL | $ 200.00 |
| | | TAX RATE | |
| | | SALES TAX | $ - |
| | | OTHER | |
| | | TOTAL | $ 200.00 |

Make all checks payable to: Tami Sagniere

**THANK YOU FOR YOUR BUSINESS!**